7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Myisha Deshay Beasley
*Debtor*

*Bankruptcy Case No.*
10–46491–can7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–04106–can

v.

**Myisha Deshay Beasley**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge granted to the Debtor in the Discharge Order is hereby revoked pursuant to 11 U.S.C. §727(d)(3); and, it is FURTHER ORDERED that the Trustee, on behalf of the estate, is hereby awarded $500 in attorneys fees for this adversary proceeding and $293.00, the amount of the fee paid to the Clerk of the Court for the filing of the Complaint of Trustee for Revocation of Discharge (document number 1 of the Docket Report of the Court in this adversary proceeding) which commenced this adversary proceeding, both amounts of which are to be paid to the Trustee, on behalf of the estate, by the Debtor and for which she shall be liable.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/13/13

Court to serve